MICHAEL FHAGEN et al., Appellants, v. ALAN D. MILLER, Individually and as Commissioner of Mental Hygiene of the State of New York, et al., Respondents.—

Concur — Capozzoli, J. P., Nunez, Kupferman, Steuer and Eager, JJ.

[65 Misc 2d 163.]